UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RASHEED HILSON,<br><br>    Plaintiff,<br><br>    v.<br><br>D. SCANLON, et al.,<br><br>    Defendants. | Case No. 12-cv-06016-JD<br><br>**ORDER DENYING MOTION FOR RECONSIDERATION**<br><br>Re: Dkt. No. 76 |

Plaintiff, a state prisoner proceeding pro se, brought a civil rights action under 42 U.S.C. § 1983. Defendants filed a motion for summary judgment on May 19, 2015. Plaintiff did not file an opposition, but the Court still looked to the merits of the motion and granted it and closed the case on November 17, 2015. Plaintiff has filed a motion for reconsideration stating that he did file an opposition, but the Court did not receive it. However, plaintiff has not included the opposition in the motion for reconsideration. The motion for reconsideration (Docket No. 76) is **DENIED** without prejudice. Within **fourteen (14) days** of service of this order, plaintiff shall file his opposition to the motion for summary judgment and a new motion for reconsideration.

**IT IS SO ORDERED.**

Dated: January 7, 2016

JAMES DONATO
United States District Judge

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

RASHEED HILSON,

    Plaintiff,

v.

D. SCANLON, et al.,

    Defendants.

Case No. 12-cv-06016-JD

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on January 7, 2016, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Rasheed Hilson ID: G-37110
Corcoran California State Prison ASU-136-Low
P.O. Box 5248
Corcoran, CA 93212

Dated: January 7, 2016

Susan Y. Soong
Clerk, United States District Court

By: _____
LISA R. CLARK, Deputy Clerk to the
Honorable JAMES DONATO

2